# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN D. EIDE,<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      Defendant. | Case No. 5:21-cv-02005-SPG-JC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

  The Court has conducted the review required by 28 U.S.C. § 636 and accepts the findings, conclusions, and recommendations of the Magistrate Judge reflected in the August 12, 2022, Report and Recommendation.

  IT IS HEREBY ORDERED that (1) the Motion to Dismiss the First Amended Complaint (ECF No. 13) is granted; (2) the Application for a Temporary Protective Order (ECF No. 17) is denied; (3) the operative First Amended Complaint is dismissed without leave to amend and this action is dismissed without prejudice; and (4) Judgment shall be entered accordingly.

///

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Plaintiff and counsel for Defendant.

IT IS SO ORDERED.

DATED:  October 20, 2022



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE