JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN D. EIDE,<br><br>             Plaintiff,<br><br>    v.<br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br><br>             Defendant. | Case No. 5:21-cv-02005-SPG-JC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered dismissing the First Amended Complaint without leave to amend and dismissing this action without prejudice.

IT IS SO ADJUDGED.

DATED: October 20, 2022

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE